# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

John Pipp

                Plaintiff,

v.                                       Case No.: 1:09−cv−05944
                                                    Honorable John W. Darrah

Johnson & Johnson

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 15, 2010:

      MINUTE entry before Honorable John W. Darrah: Plaintiff is granted leave to file a response to defendant's motion for summary judgment [18] by 5/6/10. Status hearing set for 5/18/10 at 9:30 a.m. Mailed notice. (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.