# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 5944 | **DATE** | 6/9/2010 |
| **CASE TITLE** | John Pipp vs. Johnson and Johnson | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, Johnson and Johnson's motion for summary judgment is granted [18]. Enter Memorandum Opinion and Order. Civil case terminated. Pretrial conference set for Pretrial conference set for 8/25/11 and jury trial set for 8/29/11 is vacated.

■ [ For further detail see separate order(s).]

Docketing to mail notices.
*Mail AO 450 form.

| | Courtroom Deputy Initials: | MF |
|---|---|---|

